IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN -6  A 8: 52

CLERK L. LaVictoir
S. DIST. OF GA.

RAZELL J. SPIRES,

    Plaintiff,

vs.

Dr. LOUIS BURGOS; TOM ELLIS;
Dr. BOBBY NORTH; Warden HOBBS;
Warden ROBERT McFADDEN;
JEFFREY DUNCAN; BOP DIRECTOR,
the DEPARTMENT OF JUSTICE,

    Defendants.

CIVIL ACTION NO.: CV205-216

### ORDER

In a letter addressed to the undersigned, Plaintiff seeks a notice from the Court that it has received his filing fee. To the extent this request is a motion, it is **dismissed**. This civil action (CV205-216) was dismissed for non-payment of the filing fee. The $250.00 filing fee and the Motion to Extend Time to pay the filing fee were filed in CV205-209. Civil Action No. CV205-209 remains pending.

**SO ORDERED**, this 6th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)